In the United States District Court

For the Easten Division of The Cenral District of California

Plaintiff ; Peter R. Tia & all those similarly

Situated

Versus   ED CV 23 - 02545-ODW (AS)

Core Civic(formerly CCA), the City of San Bernardino,

The unknown does 1-3 San Bernardino D.A.'s

Investigators, the state of Hawaii at it's Halawa prisons

LDS clergy Han's Ta'ala, Central City Lutheran Mission

(CCLM) staff Lakesha Doe, Brian Doe, David Doe, Robert

Doe, Iehp staff Francisco & senior hsg. Coordinator doe,

Mark Staggs of Core Civic at Mason, Tn., Ms. Baker &

Broke Leg doe Tennessee prisoner, Utah FBI agent doe,

The city of Honolulu, Hi. Unknown employees at DPS.,

Tim Mejia police informant at Rialto Police Dpt..LDS aka

Mormon beliefs

Defendants.

CASE No.

Jurisdiction: Diversity, 42 USC 1983, & federal Rico ACT any court deemed , all defendants are sued individually & officially pursuant to the law, FTCA,

Jury Demand:

Judge:

Req. FRCP ru. 16 hrg., Rico Investigator

Claim I  Conspiracy to Obstruct  Justice

Plaintiff as captioned  did submit in April 2023 a citizens rpt. To the San Bernardino District Attorney's Office for investigation into the physical assault upon Lucy M. Delgado of 1092 6th & L st. in San Bernardino, Ca. (S.B.) by defendants all who are prior defendants in the USDC Central District of California Los Angeles yet to this date 12-11-23 no investigations have been conducted by the forgoing office in order to protect defendant Brian of CCLM in S.B. who ordered the hurt of Lucy a mentally handicapped Hispanic woman.

Defendant Brian & others over a dispute with Plaintiff for asking for laundry bags at CCLM ordered Lucy's broken arm thru conduits at CCLM Tim Mejia (CCLM resident) & others in the rpt.. Defendant Ta'ala as captioned is

unlawfully dictating rules no laundry bags for homeless at CCLM & caused Lucy's broken arm no investigation due LDS members at Office. The other captioned CCLM staff are knowledgeable of Lucy's injury & have not tipped off law enforcement or acted in her behalf a conspiracy involving the Utah Fbi who are LDS with Ta'ala.

Injury: no investigations preventing a wrong an ongoing assault of Lucy & each instance plaintiff has mailed claims to the courts cited & as reported.

Claim II. Racketeering Obstructing Investigations & police rpt.

See above claim..Plaintiff blames the Offices employees of being reasonably neglecting Lucy's injury claim in her behalf by telling plaintiff thru the City of S.B. 911 Plaintiff cannot file as a 3rd party & that Lucy a retarded woman has to file herself. The plaintiff claims conspiracy again in furthering the safety of CCLM & Ta'ala & Staggs.

Injury: The plaintiff cannot get help for Lucy a handicapped woman due all the obstsructions of investigations into her injury as claimed in the rpt..

Claim III.  Obstructing Justice II

See prior claims…Plaintiff blames Core Civic & the state of Hawaii defendants including Staggs for the cited injury due to prior numerous claims before prior lawsuits versus Core Civic & HCF for kidnapping , mail violations, obstructing housing for homeless by Lakesha & Francisco of Iehp, prostitution, sexual assaults, extortions, obstruction of justice & law enforcement duties/ investigations into numerous  lawsuits dismissed without hearings or any due process. Lucy is unprotected until the court can have a hrg. to show evidence of her permanent lifetime injury's to her arm due defendant BriaN & Tim of CCLM over laundry bag other injuries all her teeth extracted, hunchbacked due assault by household member her daughter due defendants orders (heartbreaking) & broken arm.

Injury: No hrgs. Or due process to facilitate Staggs vendetta versus plaintiff due fight at his facility in Mason, Tn.with white Knight of Hawaii (Hawaii inmate John Knight) a Nazi who killed a innocent white man from Hawaii as  Knight is from Oregon & a hateful white supremacist. Knight has a Nazi tattoo on his arm may the

court confiscate pics from defendants due prior concealing evidences in prior matters evidence mailed to court by plaintiff not returned filing from court in Los Angeles.

Relief: Plaintiff asks the court for Injunction for any investigations into due process violations allowing Lucy's ongoing injuries as defendants are allowed to injure her any instance they feel as cited in letters & rpts. to many to mention to the court & official offices. Injunction for TRO on defendants from continuing their violations & compensatory damages of $350 million of dollars to Lucy for ongoing injuries & punitive damages of a half a billion dollars for her pain & agony of receiving a broken arm & while fully conscious after she gave her virtue to defendant Brian at CCLM premises due she loved plaintiff. Also for twisting Lucy improperly treated broken arm by hospital (next suit) each time Omnitrans Bus in S.B. employee doe (Hawaiian female employee in disguise as a Hispanic female not to trace to Hawaii/ Hcf) ordered Lucy's pain & suffering (punched in face by occupation force Helen at her residence for Omnitrans doe) although the plaintiff gave $500 dollars to her household occupants to safely keep Lucy safe with occupants last mnth..Admit there is reasonable cause to

place Lucy in a protection program with a new life & identity due nature of defendants behaviors towards handicapped people of sex assaults & why Lucy tells plaintiff "they made me suck dicks Peter", …etc… Arrest the defendants for assaults of Lucy for no justified reason. Invesigations into claims as asked for & any other reliefs.

Name: Peter R. Tia- pro se plaintiff

*Peter R. Tia*

Date: Dec. 11th of 2023



